

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-18-00968-CV

In the Estate of Patricia M. Ripley, Deceased,
Appellant-s

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2018-PC-1990
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

The Appellant's Motion to Extend Time to File Motion for rehearing is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk